UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12268-GAO

FRANK ANDREWS and ROBIN ANDREWS,
Plaintiffs,

v.

TARGET PHARMACY,
Defendant.

ORDER
June 26, 2014

O'TOOLE, D.J.

This order addresses all pending motions:

The Motion (dkt. no. 8) to Allow Written Depositions is DENIED without prejudice, as it is yet uncertain that more than ten depositions will be taken.

The Motions (dkt. nos. 9, 10) to Amend the Complaint to add Sedgwick CMS as a defendant are DENIED for failure to comply with L.R. 15.1(a).

The Motion (dkt. no. 11) to Amend the Complaint to add Michael Monteiro as a defendant is DENIED for failure to comply with L.R. 15.1(a).

The Motion (dkt. no. 12) to Amend the Complaint to add Christina Pereira as a defendant is DENIED, as final judgment has already entered in her favor.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge